Form 27 - AFFIDAVIT OF SERVICE



P7778558

**PECHMAN LAW GROUP, PLLC**
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

CARLOS GONZALEZ

                                                PLAINTIFF

                    - vs -

NORTH OCEAN CONCEPTS INC. D/B/A CAJUN CLAWS AND XIANG LIN A/K/A
SKY LIN

                                                DEFENDANT

Index No. **1:22-CV-07009-DLI-RLM**
Date Filed
Office No.

Court Date.

        STATE OF **NEW YORK**, COUNTY OF **NASSAU**        :SS:

**KENNETH VEGA** being duly sworn, deposes and says; I am over 18 years of age, not a party to this
action, and reside in the State of New York. That on the **27TH** day of **DECEMBER, 2022 3:26PM** at
**6 NORTH OCEAN AVE**
**PATCHOGUE NY 11772**
I served a true copy of the **JURY TRIAL DEMANDED, SUMMONS AND COMPLAINT** upon **6 NORTH OCEAN
CONCEPTS D/B/A CAJUN CLAWS** the **DEFENDANT** therein named by delivering to, and leaving personally
with **KELLY (DOE) (REFUSED FULL NAME), OWNER**, who provided verbal confirmation that he or she is
authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:

SEX: **FEMALE**    COLOR: **ASIAN** HAIR: **BLACK**
APP.AGE: **25-30** APP. HT: **5''5** APP. WT: **150**
OTHER IDENTIFYING FEATURES

Sworn to before me this
30TH day of DECEMBER, 2022

JEFFREY RUBELL
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2026

KENNETH VEGA
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-PLLC1-7778558

**2nd**